UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:25-CR-36 |
| | ) | |
| v. | ) | GOVERNMENT'S SENTENCING |
| | ) | MEMORANDUM CONCERNING |
| JAMES NOAH HUGHES | ) | RESTITUTION |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, with an agreement between the parties concerning restitution.

**1. Request from the "[redacted]" Series**

The United States received a restitution request from attorneys Carol Hepburn who represents the victim using the pseudonym "[redacted]," from a series of child pornography called "[redacted]." Defendant possessed child pornography images of this victim. The parties have agreed that Defendant will pay $3,000.00 in restitution towards this victim.

Attorney Hepburn informs the undersigned that payments should be made to:

**Carol L. Hepburn**
**PO Box 17718**
**Seattle, Washington 98127**

Attorney Hepburn requests that payments be made payable to "Carol L. Hepburn I/T/F/ [redacted]." Defense counsel has agreed to this request.

**2. Conclusion**

For these reasons, the United States respectfully requests that the Court enter the above restitution orders for each victim. The following table summarizes the amounts:

| **Series – Victim Pseudonym** | **Settlement Amount** |
|---|---|
| [redacted] – [redacted] | $3,000 |
| **Total** | **$3,000** |

RESPECTFULLY SUBMITTED, this the 26th day of October, 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

/s/ Alexis Benjamin
ASSISTANT UNITED STATES ATTORNEY
NC State Bar number 46417
U.S. Courthouse
100 Otis Street, Room 233
Asheville, NC 28801
(828) 271-4661
Email:alexis.benjamin@usdoj.gov