November 3, 2026

Dear Your Honor,

Thank you for your time and attention. I pray all is well with you.

I want to apologize for our last interaction and express appreciation for your patience in that matter. I have grown a lot as a Christian throughout this season and trust that God is working through all of this.

All I can ask is that you continue to use your position to do whatever God is inspiring you to do as you strive to administer justice. I do not envy the choices you must make, but recognize the opportunities for you to distribute mercy and equity in each case before you.

I thank you for your role in Noah's life.

God bless,

Randy Hughes