Good afternoon, Your Honor, I don't want to go into rights and wrongs and all that, but I do want you to know what kind of person Noah is. He's a very loving, caring person who has always been there for his family and friends. I just want to let you know that back at the end of 2022, I got very sick and almost passed away. I couldn't walk. I couldn't use my arms. I was totally dependent on my family. Noah, at the time, was only 18 years old. He took very good care of me. He would take me to the bathroom and get me anything I needed. For an 18-year-old to have to stay home and take care of his mother, that's a lot to put on a young man's shoulders. But he did it and never complained. He would have done it for any one of his family members.

Also, I will say that the past two years have truly done good for Noah. Now he has goals. He's trying to get his GED and wants to go to college. He's always dreamed of being a chef and was working on that at the time he was arrested. So, I hope that he gets to come home soon, get on with his life, and reach all these new goals he has. I will say that I think ten years is crazy. I don't know how many more years I have here, and I've already missed out on two. I would really like to spend the rest of my years with my son. So, I'm just, I guess, as a mother, pleading with you to please let him come home soon. I'm not good at writing letters and all that, so please excuse how this letter is written. But I appreciate your time, and hopefully, we have a good outcome. Thank you for your time and consideration. Sincerely, Noah's Mother Tamara Hughes